ARNOLD HELLER, Respondent, *v.* INTER-AMERICAN BUSINESS COMPANY, S. A., Appellant.

Submitted July 2, 1947; decided July 2, 1947.

*I. Maurice Wormser* and *Edward J. Fontana* for motion.

*Otto A. Samuels* opposed.

Motion dismissed, with costs, upon the ground that the motion in the Appellate Division for leave to appeal to this court was not timely made.